NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**B-K LIGHTING, INC.,**
*Plaintiff-Appellant,*

**v.**

**FRESNO VALVES & CASTINGS, INC.,**
*Defendant-Appellee.*

———————————————

2013-1318

———————————————

Appeal from the United States District Court for the Central District of California in No. 06-CV-2825, Judge Margaret M. Morrow.

———————————————

**ON MOTION**

———————————————

**O R D E R**

The parties jointly move to dismiss the appeal due to settlement.

2   B-K LIGHTING, INC. v. FRESNO VALVES & CASTINGS, INC.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/   Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25

ISSUED AS A MANDATE:  September 25, 2013